```
1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
3
   SUNDEEP PATEL [C.S.B.N. 242284]
4  SPECIAL ASSISTANT UNITED STATES ATTORNEY
        160 Spear St., Suite 800
5       San Francisco, CA  94105
        Telephone: 415-977-8981
6       Facsimile: 415-744-0134
7       E-Mail: sundeep.patel@ssa.gov

8  Attorney for Defendant
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA G. CHRISTA, | ) |
| Plaintiff, | ) Civil No. 16-02943-JAD-CWH_____ |
| v. | ) **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE TO FILE ANSWER AND TRANSCRIPT** |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Defendant Nancy Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Answer and serve the Administrative Record, due on July 3, 2017, by 30 days, through and including August 3, 2017.

Defendant seeks additional time due to the administrative record will likely not be available until August. Further, undersigned counsel will be on pre-approved leave from June 28 through July 24.

Respectfully submitted this 1st day of June 2017.

-1-

| | | |
|---|---|---|
| DATE: June 1, 2017 | | Respectfully submitted,<br>DANIEL G. BOGDEN<br>United States Attorney |
| | | */s/ Sundeep R. Patel*<br>SUNDEEP R. PATEL<br>Special Assistant United States Attorney |

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: June 5, 2017

**CERTIFICATE OF SERVICE**

I, Sundeep R. Patel, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Richard E. Donaldson
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102

Dated this 1st day of June 2017.

        */s/ Sundeep R. Patel*_____
        SUNDEEP R. PATEL
        Special Assistant United States Attorney