1  STEVEN W. MYHRE
   Acting United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4      Social Security Administration
       160 Spear Street, Suite 800
5      San Francisco, CA 94105
       Telephone: (415) 977-8995
6      Facsimile: (415) 977-8873
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CHRISTA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:16-cv-02943-JAD-CWH<br><br>STIPULATION AND ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ECF No. 17 |

1     IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that this action shall be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    Upon remand from the Court, the Appeals Council will remand the case to an administrative law judge (ALJ) for further proceedings. The ALJ will consider new evidence that the agency had not considered or exhibited because the agency deemed the evidence duplicate. The documents contain evidence not found otherwise in the record, requiring a remand for additional administrative proceedings.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

DATE: August 23, 2017      By    *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

*Richard Donaldson*
RICHARD DONALDSON
(as authorized via e-mail August 23, 2017)

Attorney for Plaintiff

IT IS SO ORDERED.

DATE: 8/23/17

U.S. District Judge Jennifer Dorsey